## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

### ALEXANDRIA DIVISION

| | |
|---|---|
| **IN RE:** | * |
| | *      Case No. 25-12436-KHK |
| Joseph John Sunday | * |
| | *      Chapter 13 |
| Debtor | * |

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

COMES NOW COUNSEL FOR THE DEBTOR, Richard Owen Bolger, who respectfully requests the Court to allow him to withdraw as counsel for the Debtor, and in support thereof states the following:

1.      Irreconcilable differences have arisen with the Debtor.  Further representations to the Court could violate the Debtor's attorney/client privilege.

/s/ Richard Owen Bolger
Richard Owen Bolger, Esq. VSB #22994
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, VA 22030
Telephone:  (703) 383-9595
Fax: (703) 434-3523

### *PROOF OF SERVICE*

I hereby certify that a copy of the foregoing motion was sent by first class mail, postage prepaid, to the debtor and all creditors listed, and served electronically on the trustee in this case and the U.S. Trustee.

**Creditors:**

| | | |
|---|---|---|
| Amex | Chase Card Services | Internal Revenue Service |
| Correspondence/Bankruptcy | PO Box 15298 | PO Box 7346 |
| Po Box 981535 | Wilmington, DE 19850 | Philadelphia, PA 19101-7346 |
| El Paso, TX 79998 | | |
| | | |
| Robert Diamond, Esq. | Sunrise Assisted Living | The Jefferson - ILF |

Richard O. Bolger, Esquire
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, Virginia 22030
(703) 383-9595
VA Bar No. 22994

Reed Smith LL
7900 Westpark Dr #700T
Mc Lean, VA 22102

The Jefferson - ILF
7902 Westpark Drive
Mc Lean, VA 22102

900 North Taylor Street
Arlington, VA 22203

Tully Rinckey PLLC
1203 Troy-Schenectady Road
Suite 101
Latham, NY 12110

Virginia Dept Taxation
(TACS)
Bankruptcy Unit
PO Box 2156
Richmond, VA 23218-2156

Wright Patt Credit Union
Attn: Bankruptcy
3560 Pentagon Blvd.
Beavercreek, OH 45431

Date: January 8, 2026

/s/ Richard O. Bolger
Richard Owen Bolger

Richard O. Bolger, Esquire
Bolger Law Firm, PLLC
10347 Democracy Lane
Fairfax, Virginia 22030
(703) 383-9595
VA Bar No. 22994